M. S. Bushnell and R. C. Bushnell, her husband, Appellants, vs. M. H. S. Hulst and George D. Hulst, her husband, Appellees.

Appeal from Circuit Court, Volusia county; Minor S. Jones, Judge.

John W. Price, for Appellants.

Isaac A. Stewart, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on motion of counsel for appellees.